IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| GOLDWASSER, LLC d/b/a BEST BUDS DEPOT<br><br>           Plaintiff,<br><br>v.<br><br>**ERIK WILSON, in his official and individual capacity as Chief of Police of the Trotwood Police Department, PATRICK CRAUN,** in his official capacity as Detective Sergeant of the Trotwood Police Department, and his individual capacity, **KIMBERLY DELONG,** in his official capacity as Sergeant of the Trotwood Police Department, and his individual capacity, **CITY OF TROTWOOD, OHIO, UNKNOWN TROTWOOD POLICE OFFICERS 1-10,**<br><br>           Defendants. | Case No. 3:25-cv-00332-TMR-PBS<br><br>**RULE 26(f) REPORT OF THE PARTIES** |

**RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on _____ and was attended by:

**Suzanne Cassidy**, counsel for Plaintiff Goldwasser LLC, d/b/a Best Buds Depot

**Dawn Frick**, counsel for Defendants Erik Wilson, Patrick Craun, Kimberly Delong and City of Trotwood, OH

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. The parties:

    ____ have provided the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1), including a medical package (if applicable).

    _X_ will exchange such disclosures by January 28, 2026.

      are exempt from disclosure under Fed. R. Civ. P. 26(a)(1)(E).

2. The parties:

      unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

<u> X </u>    do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

      unanimously give contingent consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), <u>for trial purposes only</u>, in the event that the assigned District Judge is unavailable on the date set for trial (e.g., because of other trial settings, civil or criminal).

3. Recommended cut-off date for filing of motions directed to the pleadings:
   **March 6, 2026**

4. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties:
   **April 1, 2026**

5. Recommended discovery plan:

   a. Describe the subjects on which discovery is to be sought and the nature, extent and scope of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:

   **The Defendants anticipate they will need written discovery and some depositions on the merits and damages before they can make a good faith evaluation for settlement purposes as well as to prepare for dispositive motions and trial. Plaintiffs would be amenable to mediation at any point.**

   b. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules of this Court, including the limitations to 25 interrogatories/requests for admissions and the limitation of 10 depositions, each lasting no more than one day consisting of seven (7) hours?

   **At this point, the parties do not believe any adjustment in the discovery limitations will be necessary.**

   c. Additional recommended limitations on discovery:

**None**

d.  Recommended date for disclosure of lay witnesses.

**October 15, 2026.**

e.  Describe the areas in which expert testimony is expected and indicate whether each expert has been or will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2).

**Injury to business**
**Police Practices**
**Hemp/Marijuana**

f.  Recommended date for making primary expert designations:

**August 3, 2026**

g.  Recommended date for making rebuttal expert designations:

**September 18, 2026**

h.  The parties have electronically stored information in the following formats:

**Plaintiffs have electronically stored information in the following formats: Microsoft Office, Excel, PDF.**
**Defendants believe they have electronically stored information in similar formats, as well as PDF, jpg**

The case presents the following issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced:

**The parties agree to preserve and present for inspection and copying all discoverable ESI in its native format as requested by the opposing party. At this this time, the parties do not believe the preservation and production of ESI will present any issues that will need to be addressed by the Court.**

i.  The case presents the following issues relating to claims of privilege or of protection as trial preparation materials:

3

  **At this time, the parties do not anticipate any issues related to the production of privileged materials. The parties agree that as to any requested material that is withheld under a claim of privilege, a privilege log will be provided to the requesting party with sufficient information to identify the basis for the asserted privilege but agree to supply all information otherwise subject to production in accordance with the Rues of Civil Procedure.**

  Have the parties agreed on a procedure to assert such claims **AFTER** production?

    _____ No

    __X__ Yes

    _____ Yes, and the parties ask that the Court include their agreement in an order.

  j. Recommended discovery cut-off date: **November 20, 2026.**

6. Recommended dispositive motion date: **December 18, 2026**

7. Recommended date for status conference (if any): **None requested at his time Summer 2026**

8. Suggestions as to type and timing of efforts at Alternative Dispute Resolution: **The parties may explore mediation prior to the dispositive motion deadline**

9. Recommended date for a final pretrial conference: **April, 2027**

  Has a settlement demand been made? **No** A response? ____

  Date by which a settlement demand can be made:

  Date by which a response can be made: 45 days following a demand.

10. Other matters pertinent to scheduling or management of this litigation:

  **None known.**

4

**Signatures**:

*/s/ J. R. Glover (Pro hac Vice)*
Trial Attorney for Plaintiff

*/s/ Michael Jay O'Hara*
Ohio Bar #14966
Trial Attorney for Plaintiff

*/s/ Suzanne Cassidy*
Ohio Bar # 62355
Trial Attorney for Plaintiff

*/s/ Dawn Frick*
Ohio Bar # 0069068
Trial Attorney for Trotwood Defendants