# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GOLDWASSER, LLC d/b/a BEST BUDS, : 
DEPOT
            Plaintiff(s),    :

                                 Case No. 3:25-CV-00332

                     :

  - vs                       District Judge Thomas M. Rose

                     :     Magistrate Judge Peter B. Silvain

ERIK WILSON, et al.,

                     :

            Defendant(s).

---

## PRELIMINARY PRETRIAL CONFERENCE ORDER

---

The preliminary pretrial conference in this case was held as required by Fed. R. Civ. P. 16 by telephone conference call at 10:00 a.m. on January 30, 2026. All parties of record participated in person or by their trial attorneys.

## PERTINENT SETTINGS

1.    Required disclosures under Fed. R. Civ. P. 26(a)(1):         **Completed**

2.    Settlement demand by Plaintiff(s) on Defendant to be made by:     **March 2, 2026**

3.    Not later than the date specified, Plaintiff(s) will furnish to Defendant(s) a medical package, consisting of reports, medical bills, list of special damages, certification of wage loss, hospital bills, hospital records, other bills and expenses, etc.  Plaintiff's counsel is under a continuing duty to update or supplement the medical package as further information becomes available:     **Completed**

4.    Cut-off date for motions to amend the pleadings and to add parties:     **April 1, 2026**

5.    Cut-off date for motions directed to the pleadings (including motions to dismiss and motions for judgment on the pleadings):     **March 6, 2026**

6.    Cut-off date for filing motion to certify class:     **N/A**

7.      Date by which parties must identify lay witnesses
        and provide a synopsis of their testimony:                    **October 15, 2026**

8.      Dates to reveal the identity of expert witnesses and to provide a copy
        of the expert's report [Rule 26(a)(2)(B)] or the subject matter and
        summary of facts and opinions for experts not required to prepare
        reports [Rule 26(a)(2)(c)] are:

        1.      Plaintiff Primary Expert Designations:                 **August 3, 2026**

        2.      Defendant Primary Expert Designations:                 **August 3, 2026**

        3.      Plaintiff Rebuttal Expert Designations:                **September 18, 2026**

        4.      Defendant Rebuttal Expert Designations:                **September 18, 2026**

9.      Cut-off date for making requests for admissions:               **September 18, 2026**

10.     Discovery deadline:                                            **November 20, 2026**

11.     Telephone status conference following discovery to discuss
        possible alternative dispute resolution mechanisms:           **December 10, 2026
                                                                        @ 10:00 a.m.**

12.     Cut-off date for filing summary judgment motions:              **December 18, 2026**

13.     Court's target date for deciding summary judgment motions:     **60 days prior to trial**

The Court will use its best efforts to decide all dispositive motions, particularly summary
judgment motions, by this date. The Court's commitment is based on the parties' adhering to
deadlines for completing discovery and filing dispositive motions; any extension of those dates
will affect the decision date. No trial date will be re-set because the Court is unable to decide the
dispositive motions by this date.

14.     Cut-off date for filing motions *in limine* with respect to
        trial testimony:                                              **10 days prior to FPT**

15.     Cut-off date for filing the parties' joint proposed final pretrial order:
                                                                      **10 days prior to FPT**

16.      Trial exhibits to be exchanged by:                           **3 days prior to FPT**

17. Final pretrial conference _____ by telephone __X__ in chambers (All counsel who will participate in trying the case must also participate in the final pretrial conference.): **June 15, 2027 @ 1:30 p.m.**

18. Cut-off date for filing proposed jury instructions, proposed special verdicts or interrogatories, and a joint statement of the case (which must be consistent with the joint proposed final pretrial order): **1 week prior to trial**

(Additionally, the joint proposed final pretrial order, jury instructions, special verdicts or interrogatories and joint statement of the case must all be submitted to chambers in Word format, either by email or on a separate disk.)

19. Transcripts of depositions with designations of testimony to be used: **14 days prior to trial**

20. Cut-off date for filing counter designations in deposition transcripts: **7 days prior to trial**

21. Trial exhibits to be delivered to the courtroom deputy by: **July 14, 2027**

22. Trial on the merits __X__ to a jury_____ to the Court beginning: **July 19, 2027 @ 9:00 a.m.**

23. Law clerk(s) assigned: **Joseph Boteler**

24. The Magistrate Judge assigned to this case is: **Peter B. Silvain**

### Limiting Personal Information in Court Records

The judiciary's privacy policy restricts publication of certain personal data in documents filed with the Court. Therefore, in documents filed with the Court, please (1) limit Social Security and financial account numbers to the last four digits, (2) use only initials for the names of minors, (3) limit dates of birth to the year, and (4) in criminal cases, limit home addresses to city and state. Please do not elicit the omitted information when examining witnesses in open court. If the omitted information is mentioned in open court, please ask to have it stricken or to have the transcript redacted before filing. The Court has authority to enforce the privacy policy on its own motion.

Dated: **February 2, 2026**                    **s/ Thomas M. Rose**

Thomas M. Rose, Judge
United States District Court